**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                         **Case Number 2:04-cr-183**
                                       **Judge Edmund A. Sargus, Jr.**

**JEFFREY DAVID MUNNERLYN,**

      **Defendant.**

**ORDER**

This matter is before the Court on Defendant Jeffrey David Munnerlyn's Notice of Withdrawal of Pleadings Seeking Compassionate Release. (ECF No. 85.) On May 17, 2021, Defendant, proceeding *pro se*, filed a motion seeking compassionate release. (ECF No. 67.) The next day, the Court appointed counsel to assist Defendant, who filed a supplemental motion on July 8, 2021. (ECF No. 70.) The Motions argued that a sentencing disparity created by the First Step Act's nonretroactivity constituted "extraordinary and compelling reasons" to justify compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). (ECF Nos. 67, 71.)

On May 28, 2026, the United States Supreme Court decided in *Rutherford v. United States*, 608 U.S.___, 2026 WL 1485535 (2026), that a sentencing disparity stemming from the First Step Act's nonretroactivity is not an extraordinary or compelling reason to warrant compassionate release. As a result, Defendant states that he cannot distinguish his compassionate-release request from *Rutherford* and notifies the Court of his intention to withdraw his Motions. Accordingly, (ECF No. 67) Motion for Compassionate Release and (ECF No. 70) First Motion for Compassionate Release are **DENIED as moot**.

      **IT IS SO ORDERED.**

**6/4/2026**                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                      **EDMUND A. SARGUS, JR.**
                                               **UNITED STATES DISTRICT JUDGE**